UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILLIAM GRECIA,<br><br>  Plaintiff,<br><br>vs.<br><br>DISH NETWORK, L.L.C.,<br><br>  Defendant. | Case No: C 15-2808 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Dkt. 36 |

Pursuant to the parties' stipulation,

IT IS HEREBY ORDERED THAT the telephonic Case Management Conference currently scheduled for 9/23/15 is CONTINUED to **10/7/15 at 3:00 p.m.** At least seven (7) calendar days prior to the conference, the parties shall meet and confer and file a Joint Case Management Statement in accordance with Civil Local Rule 16-9. Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiff's counsel shall call (510) 879-3550 with all parties on the line. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT. This Order terminates Docket 36.

IT IS SO ORDERED.

Dated:  9/10/15

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge