**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GRECIA,<br><br>    Plaintiff,<br><br>  v.<br><br>DISH NETWORK, LLC,<br><br>    Defendant.<br>_____/ | No. C 15-2808 WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY MATTHEW M. WAWRZYN** |

The *pro hac vice* application of Attorney Matthew M. Wawrzyn (Dkt. No. 46) is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of Illinois" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: November 17, 2015.

                                                         WILLIAM ALSUP
                                                         UNITED STATES DISTRICT JUDGE