UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GRECIA,<br><br>    Plaintiff,<br><br>    v.<br><br>DISH NETWORK L.L.C.,<br><br>    Defendant. | Case No. 15-cv-02808-WHA   (SK)<br><br>**ORDER REGARDING RECORDING** |

The recording created today regarding resolution of this matter is UNDER SEAL. The parties may receive a copy of this recording without any further order from the Court.

**IT IS SO ORDERED**.

Dated: February 2, 2016

*Sallie Kim*
_____
SALLIE KIM
United States Magistrate Judge