[Counsel Listed On Signature Page]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| William Grecia,<br><br>Plaintiff,<br><br>v.<br><br>DISH Network L.L.C.,<br><br>Defendant. | Case No. 3:15-cv-02808-WHA<br><br>Hon. William Alsup<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff William Grecia and Defendant DISH Network L.L.C. ("DISH") hereby stipulate to the dismissal of this action. All claims for relief asserted against DISH by Grecia herein are dismissed WITH PREJUDICE. Each party to bear its own costs and attorneys' fees.

Date: February 3, 2016

*/s/ Stephen C. Jarvis*
Todd Christopher Atkins
(CA Bar No. 208879)
*tatkins@siprut.com*
**SIPRUT PC**
2261 Rutherford Road
Carlsbad, CA 92008
619.255.2380

Respectfully Submitted,

*/s/ Robert R. Laurenzi*
Michael Malecek
(CA Bar No. 171034)
*michael.malecek@kayescholer.com*
**KAYE SCHOLER LLP**
Two Palo Alto Square
Suite 400
3000 El Camino Real

Matthew M. Wawrzyn (*pro hac vice*)
*mwawrzyn@siprut.com*
Stephen C. Jarvis (*pro hac vice*)
*sjarvis@siprut.com*
**SIPRUT PC**
17 North State Street, Suite 1600
Chicago, IL 60602
(312) 236.0000

*Counsel for Plaintiff William Grecia*

Palo Alto, CA 94306-2112
(650) 319-4500 (telephone)
(650) 319-4700 (facsimile)

Robert R. Laurenzi (*pro hac vice*)
*robert.laurenzi@kayescholer.com*
**KAYE SCHOLER LLP**
250 W. 55th St.
New York, NY 10019

*Counsel for Defendant*
*DISH Network L.L.C.*

**ATTESTATION FOR SIGNATURE**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories.

Date: February 3, 2016

*/s/ Stephen C. Jarvis*